IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  07-cv-01665-AP

GERALDINE MARTINEZ, on behalf of
MIKE R. MARTINEZ, deceased claimant,

        Plaintiff,

v.

MICHAEL ASTRUE,
Commissioner of Social Security,

        Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES:**

For Plaintiff:

Ann J. Atkinson
Attorney at Law
7960 S. Ireland Way
Aurora, CO 80016-1904
Tele: 303-680-1881
Fax: 303-680-7891
Email: AtkinsonAJ@aol.com

For Defendant:
Bonnie Sims, Esq.
Special Assistant U.S. Attorney

*Mailing address:*
1961 Stout St., #1001A
Denver, CO 80294

*Street address:*
1225 - 17th St., #700
Denver, CO 80202
Tele: 303-454-0100
Fax: 303-454-0407

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    **A.** **Date Complaint was filed:**     August 8, 2007

    **B.** **Date Complaint was served on U.S. Attorney's office:**   August 14, 2007

    **C.** **Date Answer and Administrative Record were filed:**   October 11, 2007

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD:**

    The Administrative Record appears to be complete.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

    The parties do not anticipate submitting additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES.**

    There are no unusual claims or defenses in this case.

**7. OTHER MATTERS**

    There are no other matters to bring to the Court's attention.

**8. PROPOSED BRIEFING SCHEDULE**

    **A.**   **Plaintiff's Opening Brief due:**   November 30, 2007

    **B.**   **Defendant's Response Brief due:**   January 9, 2008.

    **C.**   **Plaintiff's Reply Brief (if any) due:**   January 25, 2008.

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    **A.**   **Plaintiff's statement**:

        Plaintiff does not request oral argument.

    **B.**   **Defendant's statement**

        Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    **A.**   **(  )  All parties have consented to the exercise of jurisdiction by a United States Magistrate Judge.**

    **B.**   **( X )  All parties have NOT consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEY'S OF RECORD, AND ALL *PRO SE* PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>*.

DATED this 31st day of October, 2007.

BY THE COURT

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

s/ Ann J. Atkinson
Ann J. Atkinson, Attorney at Law
7960 South Ireland Way
Aurora, CO 80016-1904
Tele: 303-680-1881
Fax: 303-680-7891
Email: AtkinsonAJ@aol.com

UNITED STATES ATTORNEY
s/Bonnie Sims
By: Bonnie Sims, Esq.
Special Assistant U.S. Attorney
1961 Stout Street, #1001
Denver, CO 80294
Tele: 303-844-5459
Fax: 303-844-0770
Email: bonnie.sims@ssa.gov