IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **07-cv-1665-AP**

**GERALDINE MARTINEZ
on behalf of MIKE R. MARTINEZ, deceased,**

Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

Defendant.

___

## ORDER

___

Kane, J.

The Motion for Order to Approve Stipulation for Award of Attorney Fees pursuant

to the Equal Access to Justice Act, (doc. #21), filed February 21, 2008, is **GRANTED**.  In

consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff, through counsel, reasonable attorney

fees in the amount of **$3,116.59**.

Dated at Denver, Colorado, this 21st day of February, 2008.

BY THE COURT:

*S/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT